# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOEL B. MONTGOMERY, et al.,

      Plaintiffs,              :        Case No. 3:07-cv-470

                                    District Judge Thomas M. Rose
   -vs-                            Magistrate Judge Michael R. Merz

                              :

MARY L. SANDERS, et al.,

      Defendants.

## ORDER DENYING MOTION TO COMPEL

This case is before the Court on Plaintiff's Motion to Compel Payment of Attorney Fees and Expenses (Doc. No. 99). In its Response (Doc. No. 100), the United States has recognized its obligation to pay the amount ordered by the Court without awaiting final judgment in the case and Plaintiff, in his Reply (Doc. No. 101) acknowledges that the Government has taken necessary affirmative steps in that direction, although payment is not complete.

Given that status of the matter, there is no need for the Court to determine its authority to make an order compelling payment. If payment is not received by June 1, 2011, Plaintiff is free to seek reconsideration. The present Motion is denied.

May 17, 2011.

                                                s/ **Michael R. Merz**
                                            United States Magistrate Judge