# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOEL B. MONTGOMERY, et al.,

       Plaintiffs,      :      Case No. 3:07-cv-470

  -vs-      Magistrate Judge Michael R. Merz

    :

MARY L. SANDERS, et al.,

       Defendants.

## NOTICE TO THE PARTIES

On this date the Court received the classified documents at issue in this case for *in camera* inspection.

March 30, 2012.

                                                       s/ **Michael R. Merz**
                                                    United States Magistrate Judge